IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| CAROLYN BLEDSOE, as Surviving Spouse and Personal Representative for The Estate of Lewis Bledsoe, Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>CBS CORPORATION, et al.<br><br>    Defendants. | Civil Action No. 3:18-CV-00272<br>Judge Pamela L. Reeves |

### STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

COMES NOW Plaintiff Carolyn Bledsoe, as Surviving Spouse and Personal Representative for the Estate of Lewis Bledsoe, Deceased, by and through her attorneys of record, and stipulate and move to dismiss the action in its entirety pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii).

Defendants CBS Corporation, General Electric Company, Ford Motor Company, Osram Sylvania, Inc., Raytheon Company, and Zenith Electronics LLC consent to Plaintiff's stipulation of dismissal.

Electrolux Home Care Products, Inc., Honeywell International, Inc., Motorola, Inc., and Philips Electronics North America Corporation have not entered an appearance in the case.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Stipulates and Moves for dismissal by this Court as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs, and respectfully request that the Court enter the attached proposed Order of Dismissal.

IT IS SO STIPULATED this 21st day of August, 2018.

1

/s Justin G. Day
Justin G. Day, Esq. (BPR #033267)
Gregory F. Coleman, Esq. (BPR #014092)
GREG COLEMAN LAW PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
T: 865-247-0080
F: 865-522-0049
E:  justin@gregcolemanlaw.com
E:  greg@gregcolemanlaw.com

ATTORNEYS FOR PLAINTIFF CAROLYN BLEDSLOE


  /s Catherine Williams Anglin *(w/ permission by JGD)*
Catherine Williams Anglin, Esq. (BPR #028120)
John W. Elder, Esq. (BPR #022775)
Michael J. King, Esq. (BPR #015523)
Thomas A. Bickers, Esq. (BPR #012568)
PAINE BICKERS LLP
900 South Gay Street
2200 Riverview Tower
Knoxville, TN 37902
T:  865-525-0880
F:  865-521-7441
E:  cwa@painetar.com
E:  jwe@painetar.com
E:  mjk@painebickers.com
E:  tab@painetar.com

ATTORNEYS FOR DEFENDANTS CBS CORPORATION
and GENERAL ELECTRIC COMPANY


  /s Stephen Marcum *(w/ permission by JGD)*
Stephen A. Marcum, Esq. (BPR #007019)
MARCUM & PETROFF PC
3 Courthouse Square
P.O. Box 240
Huntsville, TN 37756
T:  423-663-9755
F:  423-663-2111
E:  smarcum@marcumlaw.net

ATTORNEYS FOR DEFENDANT FORD MOTOR COMPANY

  /s John W. Reis *(w/ permission by JGD)*
John W. Reis, Esq. (SBN #024818)
SMITH MOORE LEATHERWOOD LP
101 N. Tryon, Suite 1300
Charlotte, NC 28246
T: 704-384-2692
F: 704-384-2939
E: john.reis@smithmoorelaw.com

Stephanie G. Flynn, Esq.
(SCB #16653; S.C. Fed. ID 7461)
To be admitted *Pro Hac Vice*
SMITH MOORE LEATHERWOOD LLP
2 W. Washington St., Ste. 1100
P.O. Box 87
Greeneville, SC 29602
T: 864-751-7607
F: 864-751-7800
E: stephanie.flynn@smithmoorelaw.com

ATTORNEYS FOR DEFENDANT OSRAM SYLVANIA, INC.


  /s L. Gino Marchetti, Jr. *(w/ permission by JGD)*
L. Gino Marchetti, Jr., Esq. (BPR # 5562)
Charles Michels, Esq. (BPR #31232)
Keith W. Blair, Esq. (BPR #15366)
TAYLOR PIGUE MARCHETTI & BLAIR PLLC
2908 Poston Avenue
Nashville, TN 37203
T: 615-320-3225
F: 615-320-3244
E: gmarchetti@tpmblaw.com
E: cmichels@tpmblaw.com
E: kblair@tpmblaw.com

ATTORNEYS FOR DEFENDANT RAYTHEON COMPANY

  /s Michael K Atkins *(w/ permission by JGD)*
Michael K Atkins, Esq. (BPR #017862)
BAKER O'KANE ATKINS & THOMPSON PLLP
2607 Kingston Pike, Suite 200
P.O. Box 1708
Knoxville, TN 37901-1708
T:  865-637-5600
F:  865-637-5608
E:  matkins@boatlf.com

ATTORNEYS FOR DEFENDANT ZENITH ELECTRONICS LLC

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was filed electronically on the 21st day of August, 2018.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties, who have not entered an appearance, will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

          /s Justin G. Day
          Justin G. Day, Esq.