IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| CAROLYN BLEDSOE, as Surviving Spouse and Personal Representative for The Estate of Lewis Bledsoe, Deceased, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 3:18-CV-00272 |
| | ) REEVES/GUYTON |
| vs. | ) |
| CBS CORPORATION, et al. | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: August 22, 2018

*(signature)*
**PAMELA L. REEVES**
**UNITED STATES DISTRICT JUDGE**